PEARL BERLA, as Administratrix, etc., of GORDON A. BERLA, Deceased, Appellant, v. JOHN ZAMBETTI and Another, Respondents, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

A. DUDLEY PHELPS, Respondent, v. CUTLER-HAMMER, INC., and Another, Appellants.— Order so far as appealed from modified by further granting a bill of particulars as to items " c " to " j " inclusive, with respect to the demands numbered 1, 2 and 3 in the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THEODORE I. JACOBUS, as Administrator of JOSEPH JACOBUS, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANCES SECHY, Appellant, v. LOUIS A. BONN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTATE PROPERTY CORPORATION, Appellant, v. HUDSON COAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL BROOKS, Respondent, v. RAPHAEL GOPERSTEIN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AMERICAN BENZOL CORPORATION, Respondent, v. PHILIP TROUPE and Others, Defendants, Impleaded with JOSEPH J. DRISCOLL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM MARENBERG, Respondent, v. UNITED STATES TRUCKING CORPORATION and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY W. GABRIEL, Respondent, v. HENRY A. LIBAIRE and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.